# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THO VAN HA,<br><br>                      Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                      Defendants. | CASE NO. 13cv1211-LAB (BLM)<br><br>**ORDER GRANTING MOTION TO REOPEN CASE** |

    Tho Van Ha asks the Court to reopen this social security appeal. The Commissioner hasn't filed an opposition. The motion is granted. Standing Order § 4. The Court refers the case to the magistrate judge for all future proceedings leading up to the Report and Recommendation.

    **IT IS SO ORDERED**.

Dated: July 9, 2018

*/s/ Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
United States District Judge