# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THO VAN HA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | CASE NO. 13cv1211-LAB (BLM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION [Dkt. 84]** |

This social security appeal was referred to Magistrate Judge Barbara Lynn Major for a report and recommendation ("R&R"). Judge Major's R&R recommends that (1) Plaintiff's motion for summary judgment be granted, (2) Defendant's cross-motion for summary judgment be denied, and (3) ALJ Greenberg's determination of non-disability be reversed and remanded for further administrative proceedings. Objections to the R&R were due on August 23, 2019, but none were filed. The Court has reviewed the R&R and **ADOPTS** it in full. For the reasons set forth in the R&R, Plaintiff's motion for summary judgment is **GRANTED**, (Dkt. 72), and Defendant's cross-motion for summary judgment is **DENIED**, (Dkt. 79). ALJ Greenberg's determination of non-disability is **REVERSED** and this case is **REMANDED** for further administrative proceedings consistent with the Court's opinion. The clerk is directed to enter judgment accordingly and close the file.

　　　**IT IS SO ORDERED**.

Dated: August 27, 2019

_____
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -